UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**



JUL 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Donté Wayne Day )
DCDc 247-394 )
1901 D St SE, Dc. Jail )
Washington D.C. 2000)3
(Enter your full name, prison number
and address)

v.

CASE NUMBER 1:05CV01438

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 07/21/2005

Anthony Williams, Mayor ) 1350 Penn. Ave N.W.
Robert Boggs, City Administrator, 1550 Penn. Ave N.W.
Elwood York Jr, 1923 Vermont Ave N.W; Larry Corbett
1901 D St SE.
(Enter the full name and address(es),
if known, of defendant(s) in this
action)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. §1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis.* To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate complaint for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $150.00.. If insufficient funds exist in your prison account at the time of filing your complaint, the court must assess, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

    (1)    the average monthly deposits to your prison account, or
    (2)    the average monthly balance of your prison account for the prior six-month period.

**RECEIVED**

JUN 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copies to the Clerk of United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, D.C. 20001.

## I.     SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

## II.     PREVIOUS LAWSUITS

A.     Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?     Yes ( )     No ( √ )

B.     Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )     No ( √ )

C.     If your answer to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.     Parties to this previous lawsuit.

Plaintiffs:_____

Defendants:_____

2.     Court (if federal court, name the district; if state court, name the county).

3.     Docket number $N/A$

4.     Name of judge to whom case was assigned: $N/A$

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

## III. PLACE OF CONFINEMENT

D.C. Jail  1901  D. St. S.E.
Washington D.C. 20003

A. Is there a prisoner grievance procedure in this institution?    Yes ( ✓ )    No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Question III B,C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( ✓ )    No ( )

C. If your answer is Yes to Question III B;

1. To whom and when did you complain? Steve Smith, Warden D.C. Jail;
Pat Britton, Deputy Dir D.C.D.C.; And Odie Washington, Dir Dept of Corr.

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)    Yes ( ✓ )    No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) _____ None _____

4. What happened as a result of your complaint? Practices Continue with New Grievances Not being Answered

D. If your answer is No to Question III B, explain why not. _____
_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?    Yes ( ✓ )    No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain?    _N/A_____

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)    _N/A_

3. What, if any, response did you receive? (Furnish copy of response if in writing)
_____    _N/A_____

4. What happened as a result of your complaint?    _____
_____    _N/A_
_____

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: _Donté WAYNE DAY_____
Address: _1901 D. St. S.E. ; WAShington, D.C. 20003_

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: _Anthony Williams, MAYOR_____ is employed as
_For District of Columbia_ at
Address: _1350 Penn. Ave. N.W._
_Washington, D.C. 20001_

Defendant: _Robert C. Bogg,_____ is employed as
_City Administrator_ at _District of Columbia_
Address: _1350 Penn. Ave. N.W._
_Washington, D.C. 20001_

Defendant: _Elwood York_____ is employed as
_Dir. Dept. of Corrections_ at _District of Columbia_
Address: _1923 Vermont Ave N.W._
_Washington, D.C. 20009_

Defendant: _LARRY Corbett_____ is employed
as _Warden_ at _D.C. Detention Center_
Address: _1901 D St SE._
_Washington, 20003_

## V.    STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets if necessary. Defendants Anthony Williams, Mayor; Robert C. Boggs, City Administrator; Elwood York Jr , Die. Dept of Corrections; Larry Corbett Warden - D.C. Detention Center; by "Respondent Superior" are Responsible for the acts of their Agents for the District of Columbia Against A plaintiff which is a prisoner housed at DCDC since 11-1-04. The multiple Related claims and facts ARE AS Follows :  ( See Attached Sheet behind this Page )

## VI.    RELIEF

State briefly exactly what you want the Court to do for you. To Order An Injuctive Relief Stopping Acts that Abridge, Hinder, or Violate Constititional Rights, And to follow the proceedures stated in D.C. Manicipal Regulations, Lorton Regulatory Appeoval Act. Remove Plaintiff from life Threatening Housing. Protect Plaintiff from Reprisals for seeking his Rights. Also, Punitive Damages so the same is not Repeated.

Signed this 6/23/05 day of _____

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct

June 23,05
_____          _____
(Date)                              (Signature of Plaintiff)

# CLAIMS

ADDenDum

1) No Due Process IN GRIEVANCE ProceDures
   That is ResponsIBLE For Cruel AND unJust
   Punishment.

2) PreJuDice AND Discrimination IN ReLIGIous
   PastoRIAL SERVICES For SunnI Muslims

3) HinDerance oF AssemBly For SunnI Muslims
   Religious Services AgAinst Written Directives
   oF WARDens OfFICES

   The ABove violations under Title 42 US.C. 1983,
   ARe Claims IN Which Relief Cun be ARANTeD
   WhereBy AmenDments 1,5, AND 8 ARE Being —
   ABRIDGeD under the Color oF the LAW.

## FILED

JUL 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## 05 1438