## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONTE DAY,                                     )
                                               )
                                               )
                                               )
        Plaintiff,                             )
                                               )    Civil Action No. 05-01098 (EGS)
v.                                             )
                                               )
                                               )
                                               )
                                               )
ANTHONY WILLIAMS, <u>et al.</u>,               )
                                               )
                                               )
        Defendants.                            )
                                               )

## DEFENDANTS' MOTION FOR ENLARGEMENT

Pursuant to Fed. R. Civ, P. 6(b)(1), Defendants, by and through undersigned counsel, moves for a four-week enlargement to file their Answer or other response to Plaintiff's Complaint. The cause for this request is (1) the necessity of completing investigative efforts to prepare an Answer or other response; (2) the pendency of the same matter before different judges of the Court and necessity of moving for consolidation (05-cv-1443 (JR); 05-cv-1438(EGS); 05-1205(GK)), and (3) the necessity of obtaining representation forms from individual Defendants York and Corbett.

Upon information and belief, Plaintiff is currently a prisoner in the D.C. Jail and prisoners are not allowed to accept telephone calls. To seek consent, it would be necessary to visit with Plaintiff personally at the D.C. Jail. Defendant was not able to go to the D.C. Jail before the filing of this motion.

Dated: September 2, 2005

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_Kimberly Johnson/ NCW /Avenle my_

KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


_Wendell Hall_

WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion for Enlargement, the memorandum of points

and authorities in support, and a proposed Order were served electronically on this 2nd  day of

September 2005 to the Court and to:

Donte Day
DC 247-394
DC Jail
1901 D Street, SE
Washington, D.C. 20003

WENDEL HALL
Assistant Attorney General

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONTE DAY,<br><br>    Plaintiff,<br><br>v.<br><br><br>ANTHONY WILLIAMS, <u>et al.</u>,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-01098 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**THEIR MOTION FOR ENLARGEMENT**

Fed. R. Civ. P. 6(b)(1) permits, upon motion, the enlargement of any time period pursuant to "cause shown" if a motion is made before expiration of such time period. Defendants' answer or other response is currently due on September 6, 2005. Because this motion is being filed before the expiration of the deadline, Fed. R. Civ. P. 6(b)(1) controls.

The requested enlargement will enable the District to complete its efforts in these respects and will not prejudice Plaintiff as this matter is at an early stage of proceedings.

For the foregoing reasons and such others as may appear to the Court, Defendants respectfully request that the Court enter the relief requested herein.

Dated: September 2, 2005                Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for the District of Columbia

                                        GEORGE  C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division


                                        KIMBERLY MATTHEWS JOHNSON
                                        Chief, General Litigation I
                                        D.C. Bar No. 435163        Per (NCW)


                                        WENDEL V. HALL
                                        Assistant Attorney General
                                        D.C. Bar No. 439344
                                        Suite 6S012
                                        441 4th Street, N.W.
                                        Washington, D.C.  20001
                                        (202) 724-6608
                                        (202) 727-0431 (fax)
                                        E-mail: wendel.hall@dc.gov