UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONTE DAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-01098 (EGS) |
| v. | ) |
| | ) |
| ANTHONY WILLIAMS, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Having considered Defendants' Motion for Enlargement, the memorandum of points and authorities in support, Plaintiff's Opposition, and the entire record herein, it is, this ____ day of ____, 2005:

ORDERED: that Defendants' Motion for Enlargement shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED: that Defendants shall have up to and including September 20, 2005 to answer or otherwise respond to the Complaint.

_____
Emmet G. Sullivan
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Donte Day
DC 247-394
DC Jail
1901 D Street, SE
Washington, D.C. 20003