## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONTE DAY,<br><br>      Plaintiff,<br><br>v.<br><br><br><br>ANTHONY WILLIAMS, <u>et al.</u>,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-01438 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION FOR ENLARGEMENT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, by and through undersigned counsel, move for a nine-day enlargement to file their Answer or other response to Plaintiff's Complaint. The cause for this request is (1) the necessity of completing investigative efforts to prepare an Answer or other response and (2) the pendency of the same matter before different judges of the Court and necessity of moving for consolidation (05-cv-1098(RJL); 05-1205(GK); 05-1443(JR)). When Defendants filed their earlier motion, they intended to move an enlargement until September 29, 2005. Through an inadvertent error, the wrong date was included in the motion. This motion corrects that error. Defendants regret any inconvenience.

Upon information and belief, Plaintiff is currently a prisoner in the D.C. Jail and prisoners are not allowed to accept telephone calls. To seek consent, it would be necessary to visit with Plaintiff personally at the D.C. Jail. Defendant was not able to go to the D.C. Jail before the filing of this motion.

Dated: September 20, 2005                 Respectfully submitted,

                                          ROBERT J. SPAGNOLETTI
                                          Attorney General for the District of Columbia

                                          GEORGE  C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division


                                          KIMBERLY MATTHEWS JOHNSON
                                          Chief, General Litigation I
                                          D.C. Bar No. 435163


                                          WENDEL V. HALL
                                          Assistant Attorney General
                                          D.C. Bar No. 439344
                                          Suite 6S012
                                          441 4th Street, N.W.
                                          Washington, D.C.  20001
                                          (202) 724-6608
                                          (202) 727-0431 (fax)
                                          E-mail: wendel.hall@dc.gov

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion for Enlargement, the memorandum of points and authorities in support, and a proposed Order were served electronically on this 20th day of September 2005 to the Court and to:

Donte Day
DC 247-394
DC Jail
1901 D Street, SE
Washington, D.C. 20003


WENDEL HALL
Assistant Attorney General

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONTE DAY,                              )
                                        )
                                        )
                                        )
        Plaintiff,                      )
                                        )  Civil Action No. 05-01438 (EGS)
v.                                      )
                                        )
                                        )
                                        )
                                        )
ANTHONY WILLIAMS, <u>et al.</u>,        )
                                        )
                                        )
        Defendants.                     )
                                        )

## DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
## THEIR MOTION FOR ENLARGEMENT

Fed. R. Civ. P. 6(b)(1) permits, upon motion, the enlargement of any time period pursuant to "cause shown" if a motion is made before expiration of such time period. Defendants' answer or other response is currently due on September 6, 2005. Because this motion is being filed before the expiration of the deadline, Fed. R. Civ. P. 6(b)(1) controls.

he cause for this request is (1) the necessity of completing investigative efforts to prepare an Answer or other response and (2) the pendency of the same matter before different judges of the Court and necessity of moving for consolidation (05-cv-1098(RJL); 05-1205(GK); 05-1443(JR)). When Defendants filed their earlier motion, they intended to move an enlargement until September 29, 2005. Through an inadvertent error, the wrong date was included in the motion. This motion corrects that error. Defendants regret any inconvenience. The requested

4

enlargement will enable the District to complete its efforts in these respects and will not prejudice Plaintiff as this matter is at an early stage of proceedings.

For the foregoing reasons and such others as may appear to the Court, Defendants respectfully request that the Court enter the relief requested herein.

Dated: September 20, 2005                    Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division


                                            KIMBERLY MATTHEWS JOHNSON
                                            Chief, General Litigation I
                                            D.C. Bar No. 435163


                                            WENDEL V. HALL
                                            Assistant Attorney General
                                            D.C. Bar No. 439344
                                            Suite 6S012
                                            441 4th Street, N.W.
                                            Washington, D.C. 20001
                                            (202) 724-6608
                                            (202) 727-0431 (fax)
                                            E-mail: wendel.hall@dc.gov