UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONTE DAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-01438 (EGS) |
| v. | ) |
| | ) |
| ANTHONY WILLIAMS, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered Defendants' Motion to Dismiss, the Memorandum of Points and Authorities filed in support thereof, Plaintiff's Opposition, Defendant's reply, and the entire record herein and it appearing to the Court that the motion should be granted, it is by the Court this ____ day of _____, 2005:

ORDERED: That Defendants' Motion to Dismiss shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED: That Plaintiff's Complaint shall be, and hereby is, DISMISSED.

_____
Emmet G. Sullivan
United States District Judge

7

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Donte Day
DC 247-394
DC Jail
1901 D Street, SE
Washington, D.C. 20003

8

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Dismiss, the memorandum of points and authorities, and a proposed Order were filed electronically and sent by first class mail, on this 29th day of September 2005 to:

Donte Day
DC 247-394
DC Jail
1901 D Street, SE
Washington, D.C. 20003

_____
WENDEL HALL
Assistant Attorney General