UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONTE WAYNE DAY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1438 (EGS) |
| ANTHONY WILLIAMS, *et al.*, | ) |
| Defendants. | ) |

ORDER

By Order of October 4, 2005, plaintiff was advised about his obligation to respond to the defendants' motion to dismiss by November 8, 2005. Plaintiff has not responded nor sought additional time to respond. Accordingly, it is

ORDERED that defendants' motion to dismiss [# 11] is GRANTED as conceded; and it is

FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE, subject to reconsideration by the Court in the event that the plaintiff files a motion for reconsideration of this Order, setting forth the reasons for reconsideration, within 20 days from the filing date of this Order.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: January 4, 2006